

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2013

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-13-1439** |
| FIDEL SALINAS, JR. | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about January 5, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**FIDEL SALINAS, JR.**

knowingly and intentionally accessed and attempted to access a protected computer without authorization, and as a result of such conduct, recklessly caused damage, and caused and would have caused loss to a person or person during a 1-year period and loss affecting 1 or more protected computers, aggregating at least $5,000 in value.

In violation of Title 18, United States Code, Sections 1030(a)(5)(B), 1030(b), 1030(c)(4)(A)(i)(I), and 1030(e).

### Notice of Forfeiture

Upon conviction of the offense in violation of Title 18, United States Code, Section 1030, as set forth in Count One of this Indictment, the defendant,

**FIDEL SALINAS, JR.**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 1030(i), 1030(j), and 982(a)(2)(B): his interest in any personal property that was used or intended to be used to commit or to facilitate the commission of such violation; and any property, real or

personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

The property to be forfeited includes, but is not limited to:

    (1) a black Acer notebook computer, model number MS2319, serial number LXRNT02076I3902EC52000; and

    (2) a black SABRENT labeled enclosure for a Western Digital hard drive, 500 GB, model number WD5000BEVT-22A0RT0, serial number WX31AB075146.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 1030(i), 1030(j), and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY