Department of Justice  
Washington, D.C.  
3/20/2014/mt

Criminal Docket

M-13-1649-M

McALLEN Division     CR. No. **M-13-1439-S1**

**INDICTMENT** Filed: October 1, 2013  
**SUPERSEDING INDICTMENT** Filed: March 25, 2014    Judge: **RANDY CRANE**

County: Hidalgo  
Lions #: **2012R02121**

Attorneys:  
UNITED STATES OF AMERICA     KENNETH MAGIDSON, U. S. ATTORNEY

v.     CHRISTOPHER SULLY, ASST. U.S. ATTORNEY

**FIDEL SALINAS, JR.**     Cts. 1-15     Alma R. Garza, Ret'd, (956) 383-8131  
Bonded 9/13/2013: $30,000.00 unsecured

Charge(s):

| | |
|---|---|
| Ct. 1: | Conspiracy to damage a protect computer. |
| | Title 18, United States Code, Sections 371 and 1030(a)(5)(A). |
| Ct. 2: | Conspiracy to access a protect computer. |
| | Title 18, United States Code, Sections 371 and 1030(a)(2)(C). |
| Cts. 3, 5, 8, 10, 12 & 14: | Attempt to obtain information from protected computer. |
| | Title 18, United States Code, Sections 1030(a)(2)(C), 1030(b), and 1030(c)(2)(B). |
| Cts. 4, 6, 11, 13 & 15: | Attempt to damage protected computer. |
| | Title 18, United States Code, Sections 1030(a)(5)(A), 1030(b), and 1030(c)(4)(G). |
| Ct. 7: | Causing the transmission of a program, information, code, or command, and as a result of such conduct, intentionally caused damage to a protected computer. |
| | Title 18, United States Code, Sections 1030(a)(5)(A), 1030(b), and 1030(c)(4)(B). |
| Ct. 9: | Intentionally accessing a protected computer without authorization, and as a result of such conduct, recklessly caused damage to a protected computer. |
| | Title 18, United States Code, Sections 1030(a)(5)(B), 1030(b), and 1030(c)(4)(A). |

Total Counts **(15)**

Penalty:

| | |
|---|---|
| Cts. 1-3, 5 8-10, 12 & 14: | Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count). |
| Cts. 4, 6, 11 13 & 15: | Imprisonment for not more than 1 yr. and/or a fine not to exceed $100,000 and not more than a 1 yr. SRT (as to each count). |
| Ct. 7: | Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT |

Agency: Federal Bureau of Investigations – Truong Nguyen - 288A-SA-63464

Date          Proceedings